UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAEGELI REPORTING CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAWRENCE E. ZERINGER,<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)　No. CV-11-349-LRS<br>)<br>)　**ORDER RE UNOPPOSED**<br>)　**MOTION FOR PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>) |

**BEFORE THE COURT** is the Plaintiff's Unopposed Motion For Protective Order (ECF No. 11).

The court has developed concerns about entering protective orders that may result in the sealing of materials which do not justify that protection. While the court fully recognizes the right of the parties to enter into private agreements concerning the discovery, retention and inadvertent disclosure of otherwise confidential information, the court need not be a party to the agreement. Accepting the joint representation of the parties that sensitive information may be exchanged, to the extent either party concludes it is necessary to provide the court with copies of otherwise confidential materials to be considered in connection with issues coming before the court, such documents should be filed separately under seal with a courtesy copy sent to chambers. If an issue arises concerning discovery, dissemination or use of such materials by either party, an appropriate motion can be noted for hearing.

**ORDER RE UNOPPOSED**
**MOTION FOR PROTECTIVE ORDER- 1**

Accordingly, the court **DENIES** Plaintiff's Unopposed Motion For Protective Order (ECF No. 11) and declines to enter the Joint Stipulated Protective Order submitted by the parties.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this   12th   of December, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER RE UNOPPOSED
MOTION FOR PROTECTIVE ORDER- 2