UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAEGELI REPORTING CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>LAWRENCE E. ZERINGER,<br><br>   Defendant. | No. CV-11-349-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Based on the stipulation of the parties, ECF No. 14, and it appearing that all claims of plaintiff Naegeli Reporting Corporation ("plaintiff") against defendant Lawrence E. Zeringer ("defendant") and all claims or counterclaims of defendant against plaintiff have been fully compromised and settled,

  IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorneys' fees to any party.

  **IT IS SO ORDERED**.  The District Executive is directed to enter this order and forward copies to counsel.

  **DATED** this __8th__ of March, 2012.

         *s/Lonny R. Suko*
         ————————————————
         LONNY R. SUKO
         United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE-**  1